**DENIED**

For the reasons stated on the record at the hearing held on September 21, 2016.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| IN RE: | * | |
| GEARY B. KATZ | * | Case No.: 14-10356 DER |
| | | Adversary No. 14-00838 DER |
| | * | |
| Debtor | * | Chapter 7 |

**ORDER ON EMERGENCY MOTION TO QUASH SUBPOENAS OF MAURY EPNER, ESQ. AND PATRICK KEARNEY ESQ.**

Upon consideration of the foregoing Emergency Motion to Quash Subpoenas and any response, it is by the United States Bankruptcy Court,

ORDERED, that the Subpoenas are quashed,

ORDERED, and for other and further relief as the nature of his Cause may require.

cc:

Office of the United States Trustee
c/o Lynn Kohen, Esq.
Trial Attorney
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Chapter 7 Trustee Michael Wolff, Esq. c/o Jeffrey Orenstein, Esq.
15245 Shady Grove Road Ste 465
Rockville, MD 20850

Suzanne N. Hulthage, Esq.
6048 Tree Swallow Ct
Columbia, MD 21044

Michael Coyle, Esq.
The Coyle Law Group, LLC
6700 Alexander Bell Drive, Ste 200
Columbia, MD 21046

Maury Epner, Esq.
4416 East West Highway
Fourth Floor
Bethesda, MD 20814

Patrick Kearney, Esq.
4416 East West Highway
Fourth Floor
Bethesda, MD 20814



**END OF ORDER**